United States District Court
Southern District of Texas
**ENTERED**
October 18, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NEVILLE AMBROSE DESOUZE, TDCJ #879754, Plaintiff, vs. JOEL OSTEEN, VICTORIA OSTEEN, and LAKEWOOD CHURCH, Defendants. | CIVIL ACTION NO. H-23-3935 |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 18th day of October, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE